UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICKY Y. YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:14-cv-01056-RLY-DML |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, Ricky Y. Young, filed a request for judicial review of the final decision of the Commissioner of the Social Security Administration denying Plaintiff's application for Supplemental Security Income disability benefits under Title XVI of the Social Security Act. The court referred the matter to the Magistrate Judge, who issued her Report and Recommendation. The Magistrate Judge concluded that the ALJ's decision was supported by substantial evidence and therefore recommended that the decision denying benefits be upheld. Neither party objects. "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The court has reviewed the ALJ's decision and the Report and Recommendation, and finds no clear error. Accordingly, the court **ADOPTS** the Magistrate Judge's Report and

Recommendation (Filing No. 22) and **AFFIRMS** the decision of the ALJ.

**SO ORDERED** this 3rd day of September 2015.

                                              RICHARD L. YOUNG, CHIEF JUDGE
                                              United States District Court
                                              Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.